NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTONIO DEMETRIUS ELYSE, )
)
Appellant, )
)
v. )    Case No. 2D18-2421
)
STATE OF FLORIDA, )
)
Appellee. )
_____ )

Opinion filed September 11, 2019.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Howard L. Dimmig, II, Public Defender, and
Christopher E. Cosden, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes, Senior
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                Affirmed.


BLACK, SLEET, and LUCAS, JJ., Concur.